Petition for Writ of Habeas Corpus Dismissed for Lack of Jurisdiction
and Memorandum Opinion filed March 8, 2006









Petition for Writ of
Habeas Corpus Dismissed for Lack of Jurisdiction and Memorandum Opinion filed
March 8, 2006.




 
 
 
  
 
 
 




 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-06-00178-CV

____________

 

IN RE MICHELLE BARKER, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF HABEAS CORPUS

 



 

M E M O R A N D U M   O
P I N I O N

On March 3, 2006, relator
Michelle Barker filed a petition for writ of habeas corpus in
this Court, claiming her children were wrongfully taken from her by the Texas
Department of Protective and Regulatory Services and requesting we order the
children returned.  Because the relief
sought by relator does not fall within this Court=s power to issue a writ of habeas
corpus,[1]
we dismiss relator=s petition for lack of
jurisdiction.   

PER CURIAM

Petition Dismissed for Lack of
Jurisdiction and Memorandum Opinion filed March 8, 2006.

Panel consists of Justices
Anderson, Edelman, and Frost











[1]See Tex. Gov=t Code Ann. ' 22.221(d) (Vernon 2004).